IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

V. Case No.: 2:24CR000359-001

VIONNIE JOHNSON

**ORDER**

**AND NOW**, THIS 8th DAY OF September, 2026, IT IS HEREBY **ORDERED** that the United States Clerk of Court for the Eastern District of Pennsylvania shall return the passport belonging to Vionnie Johnson forthwith. The defendant shall obtain her passport in person from the Clerk of the Court.

BY THE COURT:

/s/ Juan R. Sánchez
The Honorable Juan R. Sánchez